UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>RAMIRO AGUAYO-ESCALANTE,<br><br>               Defendant. | CASE NO. 15cr0931-DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of Methamphetamine

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/8/15

                                    Bernard G. Skomal
                                    U.S. Magistrate Judge

FILED
MAY 0 8 2015
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY